JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRIS LANGER,

Plaintiff(s),

vs.

DAVID AHDOOT, et al.,

Defendant(s).

Case No. 2:19-cv-02597-RGK-JPR

ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

On January 3, 2020, the Court issued an Order lifting the stay of the case and ordered defendant to file an answer on or before January 17, 2020. Upon reviewing the February 13, 2020 notice of settlement filed by the plaintiff, the Court ordered defendant to file an answer by 12:00 noon on February 14, 2020 and if defendant failed to do so, defendant was ordered to request entry of default by 2:00 p.m. on February 14, 2020. As of this date, no answer has been filed and no request for default has been filed, therefore, this matter is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: FEB 2 0 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE